No. 89–1546.  ADMIRAL EQUIPMENT CO. *v.* CHARLES.  C. A. 9th Cir.  Certiorari denied.

No. 89–1548.  STAGNER *v.* UNITED STATES PATENT AND TRADEMARK OFFICE ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 89–1552.  CLAUSEN CO. *v.* DYNATRON/BONDO CORP.  C. A. 3d Cir.  Certiorari denied.

No. 89–1557.  SHUMAN ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–1562.  YAMAMOTO *v.* THRIFT GUARANTY CORPORATION OF HAWAII ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–1565.  PALAZZOLO ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–1571.  ALLEN *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 89–1583.  CAMPBELL, TRUSTEE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–1585.  CHERRY *v.* YEUTTER, SECRETARY OF AGRICULTURE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–1592.  RAMIREZ *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 89–1600.  LITTLE ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–1608.  MAXEY *v.* KADROVACH ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–1614.  LOMBARD BROTHERS, INC. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–1615.  HEFTI ET UX. *v.* UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–1616.  AMERICAN TECHNOLOGY RESOURCES ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.